## THIRD DEPARTMENT, MAY TERM, 1885.

The Knickerbocker Ice Company Appellant, v. George S. Schultz and another, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

Margaret Van Schaack, Appellant, v. James Saunders. Respondent, Impleaded, etc. — Appeal dismissed.

Gardner B Chapin, Appellant, v. Julia C. Chapin, Executrix, Respondent. — Order affirmed with ten dollars costs and printing disbursements.

William H. Kimball, Respondent, v. Mary Leonard and others, Appellants. — Judgment affirmed, with costs.

Michael Collins, Respondent, v. Solomon Fleischman, Appellant.—Judgment affirmed, with costs.

Elizabeth Brickner, Respondent, v. Halstead Close, Appellant.— Judgment affirmed, with costs.

### Decisions Handed Down June 29, 1885.

Mary Byrne. Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Alexander M. Stewart, as Executor, etc , Appellant, v. Thomas Dupee, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Stephen Brown, as Executor, etc., Respondent, v. George M. ( rippen, Appellant.—Judgment affirmed, with costs. Opinion by Bockes, J.

Ellen Long, Respondent, v. Jane A. Heagany, Administratrix, etc., and others, Appellants.— Judgment affirmed, with costs. Opinion by Landon, J.

Robert S. Coleman, Executor, etc , v. Elizabeth M. Rogers. — Decree affirmed, with costs against appellant.

Troy Laundry Machinery Company, Respondent, v. Alonzo P. Adams, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J., and b) Learned, P. J., dissenting.

People ex xel. James T. Wyatt v. State Assessors. — Determination of assessors affirmed, with fifty dollars and disbursements. Opinion by Bockes, J.

Isaac McConihe, Respondent, v. Augustus Clark and others, Appellants.—Judgment affirmed, with costs, to be collected out of sale of the property, and of appellants personally. Opinion by Learned, P. J.; Landon, J., not acting.

The People of the State of New York, Respondent, v. Frederick Grimm, Appellant. — Judgment and conviction reversed. Opinion by Bockes, J.

Fannie S. Petrie, as Administratrix, etc., Respondent, v. The Ogdensburgh and Lake Champlain Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P J.

John Cousins and others, Executors, etc., Appellants, v. Lewis Cairncross and others, Commissioners, etc., Respondents. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

The People of the State of New York ex rel. The Superintendents of the Poor of the Town of Oswegatchie v. The Board of Supervisors of St. Lawrence County. — Order affirmed, with costs and disbursements. Opinion by Bockes, J.

Jacob Morris, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

James J. O'Dea, Administrator, etc., Respondent, v. James A. Norcross and another, Appellants. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

Austin J. Slade, Respondent, v. Barbara A. Cherry, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.; Landon, J., dissenting.

Albert F. Mitchell, Respondent, v. George L. Weed, Appellant, Impleaded with others. — Judgment affirmed, with costs. Opinions by Bockes and Landon, JJ.

Henry B. Bagley, Appellant, v. Martin L. Kilmer and another, Respondents. — Judgment affirmed, with costs. Opinion by Bockes, J.

Isaac Sommers and another, Appellants, v. Oliver H. Brigham, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Jennie E. Gardinier, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant — Judgment and order affirmed, with costs. Opinion by Bockes, J.; Landon, J., not acting,

The Union Insurance Company of Philadelphia, Respondent, v. Melancthon Vandercook, Appellant. — Judgment affirmed, with costs, without leave to plead over. Opinion by Landon, J.

Daniel F. Keefe, Appellant, v. Hiram Holley, Respondent.— Judgment affirmed, with costs. Opinion by Bockes, J.

Mary Haley, Appellant, v. Mary Lavery and others, Respondents. — Judgment affirmed on opinion of Special Term. Landon, J., not acting.

Ellen Urquhart, Respondent, v. City of Ogdensburgh, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J., and by Learned, P. J., dissenting.